# AFFIDAVIT OF SERVICE

**State of Oregon**          **County of Lane**          **District Court**

Case Number: 6:15-CV-01474-MC

Plaintiff:
**FRANCISCO JAVIER GOMEZ**

vs.

Defendant:
**LANE COMMUNITY COLLEGE BOARD OF EDUCATION**

For:
NICKOLAUS GOWER
TAYLOR & TAPPER
400 E 2nd Ave
Suite 103
Eugene, OR 97401

Received by Emerald City Legal Support Service, Inc. to be served on **MEG KIERAN ATTORNEY FOR LANE COMMUNITY COLLEGE BOARD OF EDUCATION, 101 E 14TH AVE, EUGENE, OR 97401**.

I, Mark Smith, being duly sworn, depose and say that on the **28th day of October, 2015** at **2:08 pm**, I:

**PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION; CIVIL COVER SHEET; CIVIL CASE ASSIGNMENT ORDER;DISCOVERY AND PRETRIAL SCHEDULING ORDER; DISCOVERY AGREEMENT; CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE; CIVIL CASE MANAGEMENT TIME SCHEDULES** to MEG KIERAN ATTORNEY FOR LANE COMMUNITY COLLEGE BOARD OF EDUCATION at the address of: **101 E 14TH AVE, EUGENE, OR 97401**, and informed said person of the nature of the documents in compliance with state laws and statutes.

I certify that I am a competent person, over the age of 18, a resident of the State of Oregon, not a party or an officer, director, or employee of, nor an attorney for any party, corporate or otherwise.

OFFICIAL STAMP
KORRINDA ELIZABETH TAYLOR
NOTARY PUBLIC-OREGON
COMMISSION NO. 932174
MY COMMISSION EXPIRES SEPTEMBER 14, 2018

State of Oregon
County of Lane

Subscribed and Sworn to before me on the 30th day of October, 2015.

NOTARY PUBLIC

Mark Smith
Process Server

Emerald City Legal Support Service, Inc.
1358 Oak St., Suite 2
Eugene, OR 97401
(541) 653-9497

Our Job Serial Number: EME-2015005065
Ref: GOMEZ/LCC

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

